# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WISE, an individual; CHRISTINA WISE, an individual,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DANIEL NORDELL, in his individual and official capacity; JIM KOERBER, in his official capacity; BONNIE DUMANIS, in her official capacity; THE SAN DIEGO DISTRICT ATTORNEY'S OFFICE; ANGELA CHANGE, in her individual and official capacity; THE COUNTY OF SAN DIEGO; THE CALIFORNIA BOARD OF MEDICAL EXAMINERS; DOES 1-50,<br><br>　　　　　　　　　　Defendant. | CASE NO. 12cv1209-GPC(BGS)<br><br>**ORDER DIRECTING PARTIES TO SUBMIT UPDATE ON CASE AND WHETHER STAY SHOULD BE LIFTED** |

On March 22, 2013, the Court issued an order staying the case pursuant to Younger v Harris, 401 U.S. 37 (1971) due to the ongoing criminal proceeding in state court. (Dkt. No. 44.) On October 9, 2014, the San Diego Superior Court accepted guilty pleas from Plaintiffs David Wise and Christina Wise. (Dkt. No. 60.) On November 6, 2014, Plaintiff David Wise was sentenced to 7 years 9 months local prison time and Plaintiff Christina Wise was sentenced to 5 years local prison time in state court. (Id.) Restitution hearings were held in August 2015. (Dkt. No. 70.)

1    In November 2014, Plaintiff filed numerous motions in this case which the Court denied because state appellate remedies had not yet been exhausted since he had only recently pled guilty.  (Dkt. No. 64.)  The status reports to date have not indicated whether an appeal was filed in the state court case.  The status report states that Plaintiff David Wise has filed a petition for writ of habeas corpus in state court.  (Dkt. No. 70.)

Accordingly, the Court directs the parties to submit a brief discussing whether state appellate remedies have been exhausted, the effect of the state habeas petition on this case, and whether the stay should be lifted.  The parties shall file a response on or before **February 22, 2016.**

IT IS SO ORDERED.

DATED:  February 2, 2016

HON. GONZALO P. CURIEL
United States District Judge