KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
LISA L. FREUND
Deputy Attorney General
State Bar No. 249174
 600 West Broadway, Suite 1800
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2089
 Fax: (619) 645-2581
 E-mail: Lisa.Freund@doj.ca.gov
Attorneys for Defendant Angela Chang

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WISE, an Individual, CHRISTINA WISE, an Individual,<br><br>Plaintiffs,<br><br>v.<br><br>Mr. DANIEL NORDELL, in his Individual and Official Capacity, Mr. JIM KOERBER, in his Official Capacity, Ms. BONNIE DUMANIS, in her Official Capacity, The SAN DIEGO DISTRICT ATTORNEY'S OFFICE, Ms. ANGELA CHANG, in her Individual and Official Capacity, The COUNTY OF SAN DIEGO, The CALIFORNIA BOARD OF MEDICAL EXAMINERS, DOES 1-50,<br><br>Defendants. | 12 cv 1209 GPC BGS<br><br>**NOTICE OF CASE STATUS**<br><br>Courtroom: 1<br>Judge: The Honorable Gonzalo P. Curiel<br>Trial Date: Not Yet Set<br>Action Filed: 5/18/2012 |

///

///

///

///

1

1  Defendant Angela Chang (Chang) submits this Notice of Case Status pursuant
2  to the Court's February 2, 2016 Order Directing Parties to Submit Update on Case
3  and Whether Stay Should Be Lifted. (ECF No. 71).
4  It is Chang's understanding and belief that Plaintiff David Wise (Plaintiff)
5  filed a writ of habeas corpus petition, which is still pending. Specifically, his
6  habeas corpus petition, *In re David Wise on Habeas Corpus,* Case No. D069018,
7  was denied on January 6, 2016. However, on January 28, 2016, Plaintiff filed a
8  Petition for Review with the Supreme Court, *Wise (David) on H.C.*, S231882
9  (Cal.). A review of this writ does not indicate that it would involve issues that
10 would affect this case. Specifically, it appears that the writ dealt with issues of his
11 confinement and is not a challenge to his conviction.
12 Plaintiff also filed a Notice of Appeal, *The People v. Wise,* Case No. D069259,
13 on November 19, 2015. Per Arielle Bases, who is Plaintiff's counsel from
14 Appellate Defenders, Inc., this appeal will address issues related to the restitution
15 order that arose out of Plaintiff's guilty plea in his criminal case, which occurred on
16 October 9, 2015. (ECF No. 60). Per Ms. Bases, she has only reviewed a small
17 portion of the relevant records and is reserving the right to attack aspects of the
18 guilty plea, if applicable.
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

Because Plaintiff may still attack his conviction by way of appeal, Chang argues that the Stay of this case should remain in place until all appeals addressing Plaintiff's conviction have been exhausted. See *Heck v. Humphrey*, 512 U.S. 477, 486-87 (1994); *Younger v. Harris*, 401 U.S. 37 (1971).

Dated: February 22, 2016

Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

*s/ Lisa L. Freund*
LISA L. FREUND
Deputy Attorney General
*Attorneys for Defendant Angela Chang*

SD2012703598
81273276.doc

# CERTIFICATE OF SERVICE

Case Name: **Wise, David and Christina v. Nordell (Medical Board)**   Case No. **12 cv 1209 GPC BGS**

I hereby certify that on **February 22, 2016**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

## NOTICE OF CASE STATUS

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **February 22, 2016**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David Wise
Booking Number 13707578
San Diego North County Jail
325 Melrose Dr. #200
Vista, CA 92081
*In Pro Per*

Christina Wise
12570 Carmel Creek Road, Apt. 82
San Diego, CA 92130
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 22, 2016**, at San Diego, California.

| A. Lopez | *signature* |
|---|---|
| Declarant | Signature |

SD2012703598
8127498.doc