XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General
LISA L. FREUND
Deputy Attorney General
State Bar No. 249174
600 West Broadway, Suite 1800
San Diego, CA 92101
P.O. Box 85266
San Diego, CA 92186-5266
Telephone: (619) 738-9569
Fax: (619) 645-2581
E-mail: Lisa.Freund@doj.ca.gov
*Attorneys for Defendant Angela Chang*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID WISE, an Individual, CHRISTINA WISE, an Individual,**<br>Plaintifs,<br>**v.**<br>**Mr. DANIEL NORDELL, in his Individual and Official Capacity, Mr. JIM KOERBER, in his Official Capacity, Ms. BONNIE DUMANIS, in her Official Capacity, The SAN DIEGO DISTRICT ATTORNEY'S OFFICE, Ms. ANGELA CHANG, in her Individual and Official Capacity, The COUNTY OF SAN DIEGO, The CALIFORNIA BOARD OF MEDICAL EXAMINERS, DOES 1-50 ,**<br>Defendants. | 12 cv 1209 GPC BGS<br>**NOTICE OF CASE STATUS**<br>Courtroom: 1<br>Judge: The Honorable Gonzalo P. Curiel<br>Trial Date: Not Yet Set<br>Action Filed: 5/18/2012 |

/ / /

/ / /

/ / /

Defendant Angela Chang (Chang) submits this Notice of Case Status pursuant to the Court's February 22, 2017, Order Directing Defendants to File Status Report. (ECF No. 78.)

Plaintiff David Wise's appeal in Pe*ople v. Wise*, Case No. D069259, was decided on March 3, 2017. The Court of Appeal affirmed the restitution orders and judgment. Chang does not know if Plaintiff David Wise will seek review with the California Supreme Court.

Dated: March 9, 2017

Respectfully submitted,

XAVIER BECERRA
Attorney General of California
RICHARD F. WOLFE
Supervising Deputy Attorney General

*s/ Lisa L. Freund*
LISA L. FREUND
Deputy Attorney General
*Attorneys for Defendant Angela Chang*

SD2012703598
81609862.doc

# CERTIFICATE OF SERVICE

Case Name: **Wise, David and Christina v. Nordell (Medical Board)** Case No. **12 cv 1209 GPC BGS**

I hereby certify that on **March 9, 2017**, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CASE STATUS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On **March 9, 2017**, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Christina Wise
12570 Carmel Creek Road, Apt. 82
San Diego, CA 92130
*In Pro Per*

David Wise
1135 S. Fir Ave
Inglewood, CA 90301
*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 9, 2017**, at San Diego, California.

A. Lopez
Declarant

alopez
Signature

SD2012703598
81618390 doc