**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID WISE, an individual; CHRISTINA WISE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL NORDELL, in his individual and official capacity; JIM KOERBER, in his official capacity; BONNIE DUMANIS, in her official capacity; THE SAN DIEGO DISTRICT ATTORNEY'S OFFICE; ANGELA CHANG, in her individual and official capacity; THE COUNTY OF SAN DIEGO; THE CALIFORNIA BOARD OF MEDICAL EXAMINERS; DOES 1-50,<br><br>Defendants. | CASE NO. 12cv1209-GPC(BGS)<br><br>**NOTICE RE: PLAINTIFFS' FAILURE TO FILE AN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

On July 27, 2017, the Court lifted the stay in this matter and set a briefing schedule on Defendants' motion to dismiss. (Dkt. No. 86.) Pursuant to the scheduling order, on August 9, 2017, Defendants[1] County of San Diego, District Attorney Bonnie Dumanis, Deputy District Attorney Jim Koerber and District Attorney Investigator Daniel Nordell filed a motion to dismiss the first amended complaint. (Dkt. No. 88.)

---

[1] Defendant Angela Chang did not file a motion to dismiss.

- 1 - [12cv1209-GPC(BGS)]

To date, Plaintiffs have not filed an opposition.[2]

Civil Local Rule 7.1.e.2. requires a party opposing a motion to file an opposition or statement of non-opposition within fourteen calendar days of the noticed hearing. Failure to comply with these rules "may constitute a consent to the granting of a motion." Civ. Local R. 7.1.f.3.c. District courts have broad discretion to enact and apply local rules, including dismissal of a case for failure to comply with the local rules. Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995) (affirming grant of an unopposed motion to dismiss under local rule by deeming a *pro se* litigant's failure to oppose as consent to granting the motion); see United States v. Warren, 601 F.2d 471, 474 (9th Cir. 1979). Even though the court has an obligation to liberally construe their pleadings, "pro se litigants are bound by the rules of procedure." Ghazali, 46 F.3d at 54.

Here, Plaintiffs have not filed an opposition and failure to file an opposition may constitute a consent to the granting of the motion. See Civ. Local R. 7.1.f.3.c. Therefore, because the first amended complaint may be subject to dismissal and Plaintiffs are proceeding *pro se*, the Court grants Plaintiffs another opportunity to file an opposition or statement of non-opposition. Plaintiffs shall file an opposition or statement of non-opposition on or before **October 6, 2017**. In the event Plaintiffs file an opposition, Defendants shall file a reply on or before **October 13, 2017.**

IT IS SO ORDERED.

DATED: September 19, 2017

HON. GONZALO P. CURIEL
United States District Judge

cc:
Christina Wise
3525 Del Mar Heights Road, Suite 31
San Diego, CA 92130-2227

---

[2] The deadline to file an opposition passed on September 1, 2017. (See Dkt. No. 86.)